Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**Case No. 09−54155−mss**

**In re:**

| | |
|---|---|
| Thomas Jay Gogel | Tracy Ann Gogel |
| 3179 Saunders | 3179 Saunders |
| Cuyahoga Falls, OH 44221 | Cuyahoga Falls, OH 44221 |

**Social Security No.:**

xxx−xx−0416                                              xxx−xx−1321

# NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
September 8, 2010 at 11:00 am
US Bankruptcy Court, 2 S. Main St, 260 John F. Seiberling Federal Building
Akron, OH 44308

To consider and act upon the following matters:

Preliminary/Initial status hearing re: Motion to Dismiss Case for Abuse Pursuant to 11 U.S.C. 707(b)(1), (b)(2) and (b)(3). Filed by U.S. Trustee

Parties may participate telephonic provided that they contact Mary Knotts, Courtroom Deputy to Judge Shea−Stonum (330) 252−6134 or Mary_Knotts@ohnb.uscourts.gov not later than noon the day prior to the hearing.

(PLEASE NOTE: If this matter is resolved as a result of the filing of other pleadings and/or negotiations between the parties, the court requests that the movant so notify the courtroom deputy or law clerk as soon as practicable and, in any event, prior to the scheduled hearing. Failure to afford the court this courtesy will will result in waste of the limited resources of both the clerk's and chambers' staff, each of whom thanks you in advance for your attention to this practice.)

**Dated:** August 3, 2010                                                                              For the Court
Form ohnb187                                                                                                Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-5           User: mknot                 Page 1 of 2                 Date Rcvd: Aug 03, 2010
Case: 09-54155                 Form ID: 187                Total Noticed: 42
```

The following entities were noticed by first class mail on Aug 05, 2010.
```
 db           +Thomas Jay Gogel,    3179 Saunders,   Cuyahoga Falls, OH 44221-1200
 db           +Tracy Ann Gogel,    3179 Saunders,   Cuyahoga Falls, OH 44221-1200
 cr           +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
 cr           +North Akron Savings Bank,    Attn: M. Palumbo,    301 Nantucket Building,    23 South Main Street,
                Akron, OH 44308-1818,    UNITED STATES
 cr           +PRA Receivables Management, LLC,    PO Box 41067,    NORFOLK, VA 23541-1067
18822829     +Akron General Medical Center,    400 Wabash Ave.,    Akron, OH 44307-2463
18822830      Bank of America,    P.O. Box 15027,    Wilmington, DE 19850-5027
18822831     +Best Buy HSBC,    1111 North Town Center Drive,    Las Vegas, NV 89144-6364
19119623      CHASE BANK USA NA BY ECAST SETTLEMENT CORPORATION,    AS ITS AGENT,    POB 35480,
                NEWARK NJ 07193-5480
18822832      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
18822833      Chase Home Equity,    P.O. Box 24696,    Columbus, OH 43224-0696
18822834      Chase Mastercard,    P.O. Box 15298,    Wilmington, DE 19850-5298
18822835      Chase Visa,    P.O. Box 15298,    Wilmington, DE 19850-5298
18822836      Citibank,    P.O. Box 8105,    S. Hackensack, NJ 07606-8105
19166633      ECAST SETTLEMENT CORPORATION,    POB 35480,    NEWARK NJ 07193-5480
19126546     +FIA Card Services NA aka Bank of America,    By PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
19129378     +FIA Card Services, N.A AKA Bank of America,    c/o PRA Receivables Management, LLC,    PO Box 12907,
                NORFOLK, VA 23541-0907
18822839     +Fifth Third Bank,    P.O. Box 630775,    Cincinnati, OH 45263-0775
18896469     +Fifth Third Bank,    Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
                Grand Rapids MI 49546-6253
18822840      Goodyear Citibank,    701 E. 60th St. N.,    Sioux Falls, SD 57104-0432
18919736     +HSBC BANK NEVADA, N.A,    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
19161441     +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083
18877924      Harley-Davidson Credit Corp.,    P. O. Box 829009,    Dallas, Texas 75382-9009
18875653     +Harley-Davidson Credit Corp.,    PO Box 829009,    Dallas, TX 75382-9009
18822843      J.P. Morgan Retirement Plan Services LLC,    P. O. Box 419784,    Kansas City, MO 64141-6784
18921979      JPMorgan Chase Bank,    Bankruptcy Department,    PO Box 24785,    Columbus, OH 43224-0785
18922978     +JPMorgan Chase Bank NA,    2901 Kinwest Pkwy,    Irving TX 75063-5816
18822844     +Kathleen Behr c/o,    Medina Co. CSEA,    P.O. Box 1389,    Medina, OH 44258-1389
19013240     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    PO Box 12914,
                NORFOLK VA 23541-0914
19024392     +PRA Receivables Management, LLC,    agent of Portfolio Recovery Assocs.,    POB 41067,
                NORFOLK, VA 23541-1067
19381795      Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
19521869     +Stinnett, Padrutt and,    Aranyosi Co.,    3465 S. Arlington Rd. Suite A,    Akron, OH 44312-5272
18822848      Suntrust Mortgage,    P.O. Box 27767,    Richmond, VA 23261-7767
18933535     +Suntrust Mortgage Inc,    Bankruptcy Dept. RVW 3034,    PO Box 27767,    Richmond VA 23261-7767
18822837     +William Crucs DDS,    585 White Pond Dr. B,    Akron, OH 44320-1115
```
The following entities were noticed by electronic transmission on Aug 03, 2010.
```
19166817      E-mail/PDF: BNCEmails@blinellc.com Aug 04 2010 00:36:19     CR Evergreen, LLC,   MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
18849661      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2010 00:37:23      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
18822838      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2010 00:37:23      Discover,
                3311 Mill Meadow Drive,    Hilliard, OH  43026
18822841     +E-mail/Text: bankruptcy.notices@hdfsi.com                           Harley-Davidson,
                4150 Technology Way,    Carson City, NV 89706-2026
18822842     +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2010 00:46:51     J.C. Penney,   P.O. Box 960001,
                Orlando, FL 32896-0001
18822845     +E-mail/PDF: cr-bankruptcy@kohls.com Aug 04 2010 00:40:55     Kohl's,   P.O. Box 2983,
                Milwaukee, WI 53201-2983
18822846      E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2010 00:46:50     Lowes,   P.O. Box 103080,
                Roswell, GA 30076
                                                                                              TOTAL: 7
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr*          ECAST SETTLEMENT CORPORATION,    POB 35480,   NEWARK, NJ  07193-5480
 cr*         +Harley-Davidson Credit Corp.,    P.O. Box 829009,   Dallas, TX 75382-9009
18822847    ##+North Akron Savings,    158 E. Cuyahoga Falls Ave.,   Akron, OH 44310-3090
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2010**                        Signature:   *Joseph Speetjens*