IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 09-54155 |
| | ) | Chapter 7 |
| Thomas Jay Gogel | ) | |
| Tracy Ann Gogel | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| | | ADDENDUM TO DEBTORS' RESPONSE TO MOTION OF THE UNITED STATES TRUSTEE TO DISMISS FOR ABUSE |

Now come the above-captioned debtors, by and through the undersigned counsel, who supplement their previously-filed response to the motion of the United States Trustee to dismiss the debtors' chapter 7 case for abuse the following statements of the debtors' current income and expenses. The debtor-husband's current income and expenses are shown on the attached Exhibit "A" and the debtor-wife's current income and expenses are shown on the attached Exhibit "B."

WHEREFORE, the debtors supplement their above-referenced response.

Respectfully Submitted,

/s/ Robert M. Whittington, Jr. 0007851
159 S. Main St., Suite 1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing addendum was sent by electronic ECF notice on this 1st day of September, 2010 to Ronna G. Jackson, Office of the U.S. Trustee and to Marc P. Gertz, chapter 7 trustee.

        /s/ Robert M. Whittington, Jr.

1. The debtor-husband presently is (check one box and complete the blanks):

☑ Employed by  Newell Rubbermaid  and earning net take-home wages of $ 1461  every  semi monthly 

☐ Unemployed and receiving net unemployment compensation of $_____ every _____.

☐ Disabled and receiving income of $_____ every _____.

☐ Unemployed or disabled and receiving no income or other compensation

☐ Other
(explain)_____
_____
_____.

2. The debtor wife presently is (check one box and complete the blanks):

☐ Employed by _____ and earning net take-home wages of $_____ every _____.

☐ Unemployed and receiving net unemployment compensation of $_____ every _____.

☐ Disabled and receiving income of $_____ every _____.

☐ Unemployed or disabled and receiving no income or compensation.

☐ Other
(explain)_____
_____
_____.

3. Additionally, the debtors have net monthly income of $_____ from these sources: (complete only if you have income other than that already listed)
_____
_____
_____

4. Based on the foregoing, the debtors' attorney calculates that the debtors' net monthly income is (this blank is to be completed by the attorney, only) $ 2922.00  (net child support)

5. The debtors' monthly living expenses are as follows:

EXHIBIT A

| | |
|---|---|
| 140 | motorcycle payment |
| 700 | Rent or mortgage anticipated |
| 150 | Electricity |
| 100 | Heat fuel |
| 50 | Water and sewer |
| -0- | Trash removal |
| | Cable or satellite television |
| 165 | Telephone and internet includes cable |
| 500 | Food |
| 150 | Clothing |
| 120 | Laundry and cleaning |
| 120 | On-going medical and dental expenses |
| 50 | Gasoline and transportation |
| 250 | Recreation, clubs, newspapers, magazines, entertainment |
| | Charitable contributions |
| 54 | Homeowners or renters insurance |
| 50 | Life insurance |
| | Health insurance |
| 20 | Automobile insurance |
| | Other (specify) |
| 120 | Other (specify) court ordered 2d mtg on Roosevelt property |
| 150 | Other (specify) ½ spouse's utilities |
| 150 | divorce lawyer |
| 3039 | Total monthly expenses |

6. (117)  Excess or deficit of total monthly income over total monthly expenses.

The undersigned state that the foregoing is true, complete and correct to the best of their knowledge information and belief.

Date: 9/1/10

/s/ Thomas J Gogol

Date:

/s/

1. The debtor-husband presently is (check one box and complete the blanks):

☐ Employed by _____ and earning net take-home wages of $_____ every _____.

☐ Unemployed and receiving net unemployment compensation of $_____ every _____.

☐ Disabled and receiving income of $_____ every _____.

☐ Unemployed or disabled and receiving no income or other compensation

☐ Other (explain)_____
_____.

2. The debtor wife presently is (check one box and complete the blanks):

☑ Employed by _Warren City School_ and earning net take-home wages of $ _1500_ every _biweekly_.

☐ Unemployed and receiving net unemployment compensation of $_____ every _____.

☐ Disabled and receiving income of $_____ every _____.

☐ Unemployed or disabled and receiving no income or compensation.

☑ Other (explain) _Child support $919.00/mo._____
_____.

3. Additionally, the debtors have net monthly income of $_____ from these sources: (complete only if you have income other than that already listed)
_____
_____

4. Based on the foregoing, the debtors' attorney calculates that the debtors' net monthly income is (this blank is to be completed by the attorney, only) $ _4166.50_.

5. The debtors' monthly living expenses are as follows:

**EXHIBIT B**

```
250   maintenance on daughter's car
 65   pest control
 85   security system
```

      698     Rent or mortgage
      250     Electricity
      150     Heat fuel
incld'd in electric Water and sewer
      -0-     Trash removal
      170     Cable or satellite television
      125     Telephone and internet
      750     Food
      100     Clothing
      80     Laundry and cleaning
      300     On-going medical and dental expenses
      361     Gasoline and transportation *inclds tolls*
      90     Recreation, clubs, newspapers, magazines, entertainment
      -0-     Charitable contributions
      58     Homeowners or renters insurance
      45     Life insurance
      150     Health insurance
      124     Automobile insurance
      95     Other (specify) divorce lawyer
      250     Other (specify) home repairs
      300     Other (specify) car payment
      340     child care, school expenses
     4836     Total monthly expenses

6. (669.50) Excess or deficit of total monthly income over total monthly expenses.

The undersigned state that the foregoing is true, complete and correct to the best of their knowledge information and belief.

Date: 9/1/10

/s/
x Tracy Vogel

Date:

/s/
_____